**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| In Re: | : | Case No. 08-13311 |
| | : | |
| Daniel L. Cantwell | : | Chapter 7 |
| Tracey L. Cantwell | : | |
| | : | |
| Debtors | : | Judge Aug |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The amount of $6.24 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| General & Vascular Surgeons of Butler Co.<br>25 Office Park Drive<br>Hamilton, Ohio  45013 | 1 | $3.19 |
| Cincinnati Bell Wireless<br>221 E. 4th Street<br>ML347-200<br>Cincinnati, Ohio  45202 | 4 | $3.05 |

Total Unclaimed/Small
Dividends $25.00 or Under
$6.24_____

Total Unclaimed
Dividends Over $25.00
$_____

Dated: September 13, 2010        /s/ Henry E. Menninger, Jr._____
                                 Case Trustee
                                 Henry E. Menninger, Jr.